Commonwealth *v.* Logan, Appellant.

636

Argued June 11, 1962. Before Rhodes, P. J., Ervin, Wright, Woodside, Watkins, Montgomery, and Flood, JJ.

*Cecil B. Moore,* for appellant.

*Burton Satzberg,* Assistant District Attorney, with him *Arlen Specter,* Assistant District Attorney, *Paul M. Chalfin,* First Assistant District Attorney, and

*James C. Crumlish, Jr.,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, September 13, 1962:
Judgment of sentence of the court below is affirmed on the opinion of Judge SPORKIN for the court below, as reported in 28 Pa. D. & C. 2d 36.